Dear Honorable Sharon Johnson Coleman,     7-19-2020

Your Honor, I feel it is relevant to inform you of a situation involving Forrest City Low Staff and myself. I have been assisting the S.I.S. (Special Investigation Services) staff investigate inmates and staff for the past 15 months. During that time I have uncovered an extensive web of contraband ( drugs, cell-phones, ect.) being brought into the prison that involves a network of inmates, staff members, and outside help worth hundreds of thousands of dollars a year. I have been told that the local Arkansas AUSA, Jordan Kruse, has contacted Ms. Nicole Kim about the situation. Mr. Kruse currently has multiple active subpeona's on cell phones and cash apps, and he is anticipating multiple indictments as a direct result of my assistance. An O.I.G. agent is also involved in these investigations. I have thuroughly documented all of this in a 50+ page report.

I am privately contacting you about this and ask that you please take this into consideration when deciding my compassionate release motion. Thank you.

Respectfully,

Gregory Salvi  7-19-20

FILED
JUL 24 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Gregory Salvi
46731-424
FCC Forrest City-Low
P.O. Box 9000
Forrest City, AR 72336



Hon. Sharon Johnson Coleman
In Chambers #1260
United States Court House
219 South Dearborn Street
Chicago, IL 60604