United States District Court
Northern District of Illinois
Eastern Division

**FILED**

OCT - 7 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America,

v.                                    Case No. 1:15-CR-00189

Gregory Salvi

## Second Request For Compassionate Release

47 year old Defendant Gregory Salvi respectfully files his second

request for Compassionate release under 18 U.S.C. Section 3582(c)(1)(A) and

U.S.S.G. Section 1B1.13, Application Note 1(D) for "other extraordinary and

compelling reasons warranting such a reduction" not presented in his initial

request. In addition to the inclusion of updated BOP medical records to

further solidify "extraordinary and compelling reasons", further service of

-1-

Salvi's sentence within an overcrowded, unhygeinic prison that has become a petri dish of COVID-19 infection where CDC mandated social distancing is impossible renders his sentence to be now cruel and unusual.

As prisoners are five-times more likely to become infected with COVID-19 compared to the general public, American jails and prisons have become one of the deadliest environments on the planet. It is morally indefensible to continue to hold low-level, non-violent offenders like Salvi where continued exposure to a deadly virus coupled with his significant health issues could kill him. He therefore asks that this court grant his compassionate release request with the following question in mind:

If Salvi stood before the court today for sentencing, would the court impose the same sentence in light of the COVID-19 global pandemic?

## I. Extraordinary and Compelling Reasons

Salvi's conditions of confinement and the continued threat posed by COVID-19 exposure to his health has remained since the filing of his first Compassionate release motion. He cannot social distance from the other 130 inmates in his crowded housing unit, remains locked-down next to them all day every day since April 1, 2020, and now has no access to hot water for hand washing or bathing.

Salvi now has current medical records from the BOP showing that he has COVID-19 risk-factors that are extraordinary and compelling reasons warranting release. See attached BOP medical records.

The most serious of these conditions that would cause him severe complications from COVID-19 is obesity. At 5'9" and 242 lb. Salvi has a B.M.I (Body Mass Index) of 35.7. CDC guidelines state that any person with a BMI of 30 or greater is at a high risk of health complications from

COVID-19. With a BMI of 35.7, Salvi is well above that obesity threshold. He also has Reactive Airway Disease, commonly known as asthma. As COVID-19 specifically targets a person's respiratory function, this chronic condition is also a risk factor to Salvi. Salvi has a history of bronchitis, sinus infections, and pneumonia that show his suseptability to respiratory infection. He also has hypertension, a CDC recognized moderate risk factor. He has hyperlipidemia and high cholesterol which are cardiovascular conditions adding to the complications he could suffer from COVID-19. He has chronic pain from multiple knee surgeries that add stress to his immune system, along with his long-term use of perscribed ibuprofen for that pain which can also have a negative impact on his immune system as well. Finally, Salvi suffers from hypogonadism, causing low testosterone levels, which is a major hormone responsible for the normal bodily function of the male physiology. At the least, this condition shows the ineptitude of the BOP medical care system in not recognizing the importance testosterone plays in the overall health of

-4-

its male inmates and to perscribe Salvi with the medication and treatment he needs to remain at his healthiest while incarcerated. At the worst, Salvi's prolonged condition of low testosterone, as the BOP is neglecting to treat him at all for it, has not only caused him undo bodily harm (andropause, weight gain, hair loss, mood swings, ect.), but has contributed to weakening his immune system.

Any one of these singular conditions could constitute extraordinary and compelling reasons, but collectively also satisfy the Defendant's burden to prove extraordinary and compelling reasons under 18 U.S.C. Section 3582 (c)(1)(A), applicable policy statements, and CDC guidelines.

II. 18 U.S.C Section 3553(a) Factors

Salvi will now weigh all Section 3553(a) factors as they apply to his current circumstances in today's present motion:

"(a) The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection;" Salvi's chronic medical conditions, under his current conditions of confinement, is now an insufficient sentence imposed and greater than necessary due to the threat to his health and safety that COVID-19 poses to him while incarcerated. This factor warrants release.

"(1) The nature and circumstances of the offense and the history and characteristics of the defendant;" Salvi, also pressured and threatened by CI1 and CI2, made a poor choice in judgement and engaged in a serious criminal offense that he has shown remorse for doing, and has accepted responsibility for that crime by pleading guilty. This is juxtaposed by his exemplary 20 plus year civil service history as an outstanding police officer and detective of the Melrose Park Police Department whose characteristics can be varified throughout that career, the love and strong ties of his family, and the community's support of him throughout the original

-6-

criminal proceedings. Coupled with the fact that Salvi is a non-violent, first-time offender with no criminal history, this factor favors release.

"(2) the need for the sentence imposed —" The need for a sentence imposed, under Salvi's current circumstances, should be altered due to COVID-19 and the threat it poses to his health while incarcerated.

"(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;" COVID-19 in the prison environment represents a threat to Salvi's health and safety that exceeds just punishment for the offense. Resentencing Salvi to time served or resentencing him to supervised release or probation would be a just punishment in these unprecedented times. Should Salvi be resentenced to a term of supervised release or probation, such a non-custodial sentence would also curtail prized liberty interests as he would always face the harsh consequences that await if he violates the conditions attached to such a sentence. A modification to Salvi's sentence, considering the risk COVID-19

presents to him, should be made that can still reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, while also protecting his health and safety.

"(B) to afford adequate deterrence to criminal conduct;" Being a former law enforcement officer while incarcerated places Salvi's safety at particular risk. He is a vulnerable target from gang members, affiliets of those he has arrested, and frankly potentially the entire inmate population who for obvious reasons are anti-police in general. Salvi would not engage in criminal conduct if released and has been adequately deterred, having served a significant amount of time for a person who has never been incarcerated before, from doing anything that would return him to prison where he would face the day-to-day threat he faces today; especially in today's social climate about the police.

"(c) to protect the public from further crimes of the defendant;" As is evidenced by Salvi's two year home incarceration (not credited by the court as time served),

-8-

and that same faith the court placed on him to self-surrender to prison after

sentencing, Salvi is not a danger to any person or the community. Because of these

reasons, protecting the public from further crimes of the defendant should not be a

concern. This factor favors release.

"(D) to provide the defendant with needed educational or vocational training,

medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;" Under the granting of a compassionate release

motion, which becomes a plenary resentencing, this court is authorized with the kinds of

sentences that were not available at the original criminal proceeding. Resentencing Salvi to time

served would provide the defendant with needed medical care that the BOP's burdened,

understaffed system cannot provide while also allowing him to provide self care against the

Coronavirus by social distancing at home. Also, 18 U.S.C. Section 3582(c)(1)(A) says, "the court

. . . may reduce the term of imprisonment (and impose a term of probation or supervised

release with or without conditions that does not exceed the unserved portion of the

original term of imprisonment)..." Alternatively, the court can resentence Salvi to Supervised release or probation, which would be the most effective manner of correctional treatment against COVID-19 possible. This factor warrants release.

"(6) the need to avoid unwarranted sentence disparities among defendants with Similar records who have been found guilty of similar conduct;" It is reasonable to Say that there are defendants with similar records who have been found guilty of similar conduct as Salvi being Sentenced today. Unlike Salvi, those defendants with similar records are now sentenced with the consideration of COVID-19 in mind. This fact was unforeseen at the time of Salvi's Sentencing and, given his medical risk-factors to severe COVID-19 complications, the court would have taken that into account before imposing a Sentence. This creates an unwarranted Sentence disparity between Salvi and similarly Situated defendants being Sentenced today. Considering Salvi's CDC guideline COVID-19 medical risk-factors, a reduced or modified sentence is warranted.

When these individual Section 3553(a) factors are weighed in their totality, the balance of that scale favors release, or a modified sentence. It is without question that Salvi's crime was serious, as all criminal acts are serious violations of American law, but when weighed against all other section 3553(a) factors and the current pandemic as it relates to Salvi's health, the balance remains in favor of a modified sentence.

III. 18 U.S.C. Section 3142(g): Danger To The Community

As stated above, Salvi presents no danger to others. He spent two years on home incarceration (a "release" that he was unaware that would not credit to any sentence imposed) for twenty-seven months without incident or revokation. Salvi was also allowed to remain released after sentencing, and self-surrendered to federal custody on the date he was expected to do so. There are also other factors to consider: he has strong family ties, a job waiting for him at Jidd Motors (the company who employed him after home incarceration), has been a member of the Melrose Park

community for 41 years, has many ties to that community, no prior criminal history beyond the instant offense, and made all required court appearances. Considering the above stated facts, Salvi is clearly not a danger to any person or the community under Section 3142(g).

## V Conclusion

Wherefore, Salvi prays that this court will grant his motion for compassionate release and sentence him to time served, or, in the alternative, sentence him to a term of probation or supervised release with or without conditions that does not exceed the unserved portion of his original term of imprisonment, or resentence the Defendant to include the two years he spent locked-down under home incarceration at his parent-in-laws residence as authorized by the court under the "catch-all" provision of U.S.S.G. Section 1B1.13 application note 1(D).

Verification

I hereby declare under the penalty of perjury that the above

Stated factual assertions are true and correct to the best of my

Knowledge and belief,

This 1st day of October, 2020

Gregory Salvi, pro se
Reg. No. 46731-424
FCC Forrest City - Low
P.O. Box 9000
Forrest City, AR 72336

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SALVI, GREGORY | | | Reg #: | 46731-424 |
| Date of Birth: | 06/08/1973 | Sex: | M  Race: WHITE | Facility: | FOR |
| Encounter Date: | 08/25/2020 09:34 | Provider: | Obi-Okoye, Nwannem MD | Unit: | W08 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Obi-Okoye, Nwannem MD

Chief Complaint:  ENDO/LIPID

Subjective:        This patient presents for his MD CCC visit for:
1.HLD-patient uses low fat diet/exercise to manage his HLD and denies any complaint today.
He has no recent lab results.
Patient reports that he tested positive to COVID 19 in May 2020 and "I had pneumonia in
2015 and recently I feel like I have fluid in my right lung".
Patient denies cough, fever, shortness of breath, chest pain.

Pain:        No

Seen for clinic(s): Endocrine/Lipid, Mental Health, Orthopedic/Rheumatology

**ROS:**

**Cardiovascular**

**General**

Yes: Hx of Hyperlipidemia

No: Within Normal Limits, Angina, Cold Extremities, Cough, Cyanosis, Edema, Exertional dyspnea,
Intermittent Claudication, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Hx
Hypertension, Hx of Heart Disease, Hx Murmur

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits, Hx Pneumonia

No: Cough - Dry, Cough - Productive, Cough - Productive of thick green or brown mucus, Cough, lasting
greater than one week, DOE, Dyspnea, Hemoptysis, Hx Asthma, Hx of COPD, Night Sweats, Orthopnea,
Pleurisy, Shortness of breath, Wheezing

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 08/25/2020 | 13:44 FOX | | 98.6 | 37.0 | | Obi-Okoye, Nwannem MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/25/2020 | 13:44 FOX | 78 | | | Obi-Okoye, Nwannem MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/25/2020 | 13:44 FOX | 16 | Obi-Okoye, Nwannem MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/25/2020 | 13:44 FOX | 131/92 | Left Arm | Sitting | Adult-regular | Obi-Okoye, Nwannem MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/25/2020 | 13:44 FOX | 98 | Room Air | Obi-Okoye, Nwannem MD |

| Inmate Name: | SALVI, GREGORY | | | | | Reg #: | 46731-424 |
| Date of Birth: | 06/08/1973 | | Sex: | M | Race: WHITE | Facility: | FOR |
| Encounter Date: | 08/25/2020 09:34 | | Provider: | Obi-Okoye, Nwannem MD | | Unit: | W08 |

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 08/25/2020 | 13:44 FOX | 242.0 | 109.8 | | Obi-Okoye, Nwannem MD |

**Exam:**

**General**

    **Affect**

        Yes: Pleasant, Cooperative

    **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

        No: Cachectic, Jaundiced, Lethargic, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Pallor, Cyanotic, Diaphoretic, Disheveled, Unkempt, Acutely Ill

    **Nutrition**

        Yes: BMI reviewed (enter in comments)

**Skin**

    **Color**

        Yes: Within Normal Limits

        No: Cyanosis, Jaundiced

**Head**

    **General**

        Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

        No: Facial Asymmetry

**Eyes**

    **General**

        Yes: PERRLA, Extraocular Movements Intact

**Face**

    **General**

        Yes: Symmetric

        No: Asymmetry, Ecchymosis, Numbness, Paresis, Swelling

**Neck**

    **General**

        Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

    **Thyroid**

        Yes: Within Normal Limits

        No: Diffuse Enlargement, Multinodular, Nodule, Tenderness

    **Musculoskeletal**

        Yes: Within Normal Limits, Full ROM

        No: Tenderness, Swelling

    **Vascular**

        Yes: Carotid Pulse Normal

        No: Jugular Venous Distension, Carotid Bruits

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

        No: Tachypnea

| | | | |
|---|---|---|---|
| Inmate Name: SALVI, GREGORY | | Reg #: | 46731-424 |
| Date of Birth: 06/08/1973 | Sex: M Race: WHITE | Facility: | FOR |
| Encounter Date: 08/25/2020 09:34 | Provider: Obi-Okoye, Nwannem MD | Unit: | W08 |

**Exam:**

### Thorax

Yes: Within Normal Limits

### Auscultation

Yes: Clear to Auscultation

No: Vesicular Breath Sounds Bilaterally, Bronchophony, Crackles, Rhonchi, Wheezing, Diminished Breath Sounds, Absent Breath Sounds

## Cardiovascular

### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

## Peripheral Vascular

### General

Yes: Within Normal Limits

No: Non-Pitting Edema, Pitting Edema, Tenderness, Warmth, Coolness, Atrophic Changes, Ulceration(s), Hyperpigmentation

### Legs

No: Homan's Sign, Calf Tenderness

## Musculoskeletal

### Gait

Yes: Normal Gait

## Neurologic

### Cranial Nerves (CN)

Yes: Within Normal Limits

### Motor System-General

Yes: Normal Exam

### Grip Strength C7/C8/T1

Yes: 5-Normal Muscle Strength

### Coordination

Yes: Within Normal Limits

## Exam Comments

BMI of 35.7.
ABD exam is normal.
Patient has normal speech/gait/coordination.

**ASSESSMENT:**

Hyperlipidemia, unspecified, E785 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-TSH | One Time | 09/01/2020 00:00 | Routine |
| Chronic Care Clinics-Hypertension-CBC w/diff | | | |
| Chronic Care Clinics-Hypertension-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Hypertension-Comprehensive Metabolic Profile (CMP) | | | |

| Inmate Name: | SALVI, GREGORY | | | Reg #: | 46731-424 |
|---|---|---|---|---|---|
| Date of Birth: | 06/08/1973 | Sex: | M   Race:  WHITE | Facility: | FOR |
| Encounter Date: | 08/25/2020 09:34 | Provider: | Obi-Okoye, Nwannem MD | Unit: | W08 |

## New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 09/01/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

History of "fluid in my right lung".

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit-No Restrictions
Follow-up in 1 Year

**Other:**

for MD CCC visit.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/25/2020 | Counseling | Plan of Care | Obi-Okoye, Nwannem | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Obi-Okoye, Nwannem MD on 08/25/2020 14:12

**Bureau of Prisons**

**Health Services**

**Health Problems**

| Reg #: 46731-424 | Inmate Name: SALVI, GREGORY |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hyperlipidemia, unspecified | | | | | | |
| 08/30/2018 10:19 EST  Woodard, Sheila S MD | | ICD-10 | E785 | 08/30/2018 | Current | |
| Adjustment Disorders:  Unspecified | | | | | | |
| 04/10/2015 12:55 EST  Dana, Jason PsyD, Chief Psychologist | I | DSM-IV | F43.20 | 04/10/2015 | Current | 04/10/2015 |
| Inmate adjustment discomfort is currently within expected response range to being arrested and detained. Expected to resolve over time without significant intervention. | | | | | | |
| Acute sinusitis | | | | | | |
| 05/12/2020 11:45 EST  Wingo, Michelle PA-C | | ICD-10 | J0190 | 12/04/2017 | Current | 05/12/2020 |
| 08/30/2018 10:19 EST  Woodard, Sheila S MD | | ICD-10 | J0190 | 12/04/2017 | Resolved | 08/30/2018 |
| 12/04/2017 15:01 EST  Wingo, Michelle PA-C | | ICD-10 | J0190 | 12/04/2017 | Current | |
| Low back pain | | | | | | |
| 04/18/2019 12:24 EST  Lamarre, Judith BCNP | | ICD-10 | M545 | 04/18/2019 | Current | |
| Unspecified abdominal pain | | | | | | |
| 04/18/2019 12:29 EST  Lamarre, Judith BCNP | | ICD-10 | R109 | 04/18/2019 | Current | |
| H/o kidney stones. | | | | | | |
| Encounter for screening for dental disorders | | | | | | |
| 08/28/2020 15:10 EST  Hill, Alex DDS | | ICD-10 | Z1384 | 08/28/2020 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Knee, Pain in joint, lower leg | | | | | | |
| 08/27/2019 15:05 EST  Obi-Okoye, Nwannem MD | III | ICD-9 | 719.46 | 04/09/2015 | Resolved | 08/27/2019 |
| h/o bilateral ACL and meniscal repair, last procedure 2014 | | | | | | |
| 09/07/2019 16:09 EST  Wingo, Michelle PA-C | III | ICD-9 | 719.46 | 04/09/2015 | Current | 04/09/2015 |
| h/o bilateral ACL and meniscal repair, last procedure 2014 | | | | | | |
| 04/09/2015 18:54 EST  Kistler, R. NP | III | ICD-9 | 719.46 | 04/09/2015 | Current | 04/09/2015 |
| Hx of knee surgery in 2012, bolt in L knee. | | | | | | |
| Testicular dysfunction | | | | | | |
| 08/27/2019 15:06 EST  Obi-Okoye, Nwannem MD | | ICD-10 | E299 | 09/08/2017 | Resolved | 08/27/2019 |
| hypogonadism | | | | | | |

| Reg #: 46731-424 | Inmate Name: SALVI, GREGORY | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/13/2018 16:31 EST  Wingo, Michelle PA-C<br>     hypogonadism | | ICD-10 | E299 | 09/08/2017 | Current | |
| 09/08/2017 09:03 EST  Woodard, Sheila S MD | | ICD-10 | E299 | 09/08/2017 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 06/11/2020 11:19 EST  Stiles, Rosemary NP | | ICD-10 | U07.1 | 05/07/2020 | Resolved | 06/11/2020 |
| 05/07/2020 21:58 EST  Dusseau, Charles RN/SCRO | | ICD-10 | U07.1 | 05/07/2020 | Current | |

**Total: 9**

05-04-'20 16:05 FROM- ADH, HAI        501-614-5425       T-520   P0010/0193 F-494



**Centers for Disease Control & Prevention**
CDC Surge Lab: COVID-19 Response
1600 Clifton Rd, NE, Atlanta, GA, 30329, United States

**Case Report Status: Final**

| | | |
|---|---|---|
| Patient Name: **SALVI, GREGORY** | CDC Case ID: **8792** | CDC Case Name:<br>**COVID19_3001938844** |
| Sex: **Male**    Birthdate: **6/8/1973** | Age: **46 Year** | CDC Patient ID: **PID02899339** |

**Public Health / International Submitters**

AR Dept. of Health-PHL, Clinical Micro Lab
201 S. Monroe
Little Rock, Arkansas 72205
United States

Phone: 1-501-661-2528 Ext:
Fax: 1-501-661-2863

Email: eva.sanjuan@arkansas.gov

POC: Dr Eva San Juan MD

**Submitted Specimens**

| CDC<br>Specimen ID | Submitter<br>Case ID | Submitter<br>Patient ID | Submitter AP<br>Patient ID | Submitter<br>Specimen ID | Submitter AP<br>Specimen ID |
|---|---|---|---|---|---|
| 3001938844 | | 46731-424 | | AR00009627 | |

**Date of Disease Onset:** None Provided

**Date Reported:** 5/3/2020

**Submitter Clinical Diagnosis:** None Provided

---

**Report Summary**

- See Test Results table for patient-specific results
- A negative test does not conclusively rule out disease. A positive test indicates the presence of 2019 nCoV (SARS-CoV-2) RNA, the virus that causes coronavirus disease 2019 (COVID-19). Correlation with clinical, laboratory and epidemiological findings is recommended.
- To access current fact sheet for healthcare providers, go to https://www.fda.gov/media/134920/download
- To access current fact sheets for patients, go to https://www.fda.gov/media/134921/download

---

Date Printed: 5/3/2020

Report Request ID: 81,320

CLIA ID #: 11D2020055

05-04-'20 16:05 FROM- ADH, HAI 501-614-5425 T-520 P0011/0193 F-494



**Centers for Disease Control & Prevention**
CDC Surge Lab: COVID-19 Response

**Case Report Status: Final**

| Patient Name: **SALVI, GREGORY** | | CDC Case ID: **8792** | CDC Case Name: **COVID19_3001938844** |
|---|---|---|---|
| Sex: **Male** | Birthdate: **6/8/1973** | Age: **46 Year** | CDC Patient ID: **PID02899339** |

**Specimens Received:**

| CDC Specimen ID | CDC Unique ID | SPHL Submitter Specimen ID | SPHL Submitter Alt. Specimen ID |
|---|---|---|---|
| 3001938844 | N8KBE9AK | AR00009627 | |

Material submitted: **Original material**
Specimen source: **Nasopharyngeal swab**
Specimen source site:
Test order name: **Respiratory Virus Molecular Detection (Non-Influenza)**

Specimen collected date: **5/1/2020**
Date sent to CDC: **5/1/2020**
Date received: **5/ 2/2020**



**Centers for Disease Control & Prevention**

CDC Surge Lab: COVID-19 Response

**Case Report Status: Final**

| Patient Name: **SALVI, GREGORY** | | | CDC Case ID: **8792** | CDC Case Name: |
|---|---|---|---|---|
| Sex: **Male** | Birthdate: **6/8/1973** | Age: **46 Year** | | **COVID19_3001938844**<br>CDC Patient ID: **PID02899339** |

**Test Results**

| CDC Specimen ID | CDC Unique ID | SPHL Submitter Specimen ID | Specimen Source | Test | Interpretation |
|---|---|---|---|---|---|
| 3001938844 | N8KBE9AM | AR00009627 | Nasopharyngeal swab | Real-Time RT-PCR 2019 nCoV [1] | Positive |

**Comments and Disclaimers**

1. This test is not FDA cleared or approved. This test has been authorized by the FDA on February 4, 2020 for emergency use by authorized laboratories. This test has been authorized only for the detection of 2019- Novel Coronavirus until the emergency use authorization is terminated or revoked.

05-04-'20 16:05 FROM- ADH HAI

501-614-5425

T-520  P0012/0193  F-494

05-04-'20 16:06 FROM- ADH.HAI          501-614-5425          T-520  P0013/0193 F-494



**Centers for Disease Control & Prevention**
CDC Surge Lab: COVID-19 Response

**Case Report Status: Final**

| Patient Name: **SALVI, GREGORY** | | CDC Case ID: **8792** | CDC Case Name: |
| --- | --- | --- | --- |
| | | | **COVID19_3001938844** |
| Sex: **Male** | Birthdate: **6/8/1973** | Age: **46 Year** | CDC Patient ID: **PID02899339** |

Approved by:     Renee Galloway
Ph: (404) 553-8057
Fax:
E-mail: ZUL0@cdc.gov